IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD ROBERT GLADDEN, :
   Petitioner :
: No. 1:21-cv-00802
   v. :
: (Judge Kane)
WARDEN CLAIR DOLL, :
   Respondent :

## ORDER

**AND NOW**, on this 23rd day of June 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**;

2. Petitioner's motion to compel (Doc. No. 4) is **DENIED**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                   s/ Yvette Kane
                                                   Yvette Kane, District Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania